**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

Yener Emanuel Perez Itzep
Carlos Humberto Santos Estrada,
Lester Leonel Zelaya Santos, Jaime Onel Lopez Suazo,
Jose Miguel Selaya Santos, Julio Eduardo Perez Itzep,
Jhony Uriel Velasquez Pujoy, and
Miguel Angel Zelaya Padilla

       Plaintiffs,                        Case No. __22-CV-144____

    v.

                   and                 PLAINTIFFS DEMANDS
                                    TRIAL BY JURY

Hilliard Construction Services, LLC, Danyel Hilliard, and

Paul Hilliard
            Defendants.

## **COMPLAINT**

Plaintiff Yener Emanuel Perez Itzep("Plaintiff" for Counts I and II); Plaintiff Carlos Humberto

Santos Estrada ("Plaintiff" for Counts III and IV); Plaintiff Lester Leonel Zelaya Santos

("Plaintiff" for Counts V and VI); Plaintiff Jaime Onel Lopez Suazo ("Plaintiff" for Counts VII

and VIII); Plaintiff Jose Miguel Selaya Santos ("Plaintiff" for Counts IX and X); Plaintiff Julio

Eduardo Perez Itzep ("Plaintiff" for Counts XI and XII); Plaintiff Jhony Uriel Velasquez Pujoy

("Plaintiff" for Counts XIII and XIV); and Plaintiff Miguel Angel Zelaya Padilla ("Plaintiff" for

Counts XV and XVI) (collectively, each of these eight Plaintiffs may be referred to as

"Plaintiffs"), by and through their attorneys, Daniel I. Schlade, complain against Hilliard

Construction Services, LLC ("Defendant" or "Hilliard"), Paul Hilliard ("Defendant" or "Paul"),

and Danyel Hilliard ("Defendant" or "Danyel").  Hilliard, Danyel, and Paul may collectively be

referred to as "Defendants".  In support of this Complaint, Plaintiff states:

## **Introduction**

1.      This action seeks redress for Defendants' willful violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. ("FLSA"), as well as any related state law claims, for Defendants' failure to pay overtime wages owed.

**Parties**

2.      Plaintiff Yener Emanuel Perez Itzep is a resident of Waukegan, Illinois; and they were employed by Hilliard, Danyel, and Paul.

3.      Plaintiff Carlos Humberto Santos Estrada is a resident of Waukegan, Illinois, and they were employed by Hilliard, Danyel, and Paul.

4.      Plaintiff Lester Leonel Zelaya Santos is a resident of Waukegan, Illinois; and they were employed by Hilliard, Danyel, and Paul.

5.      Plaintiff Jaime Onel Lopez Suazo is a resident of Waukegan, Illinois; and they were employed by Hilliard, Danyel, and Paul.

6.      Plaintiff Jose Miguel Selaya Santos is a resident of Park City, Illinois; and they were employed by Hilliard, Danyel, and Paul.

7.      Plaintiff Julio Eduardo Perez Itzep is a resident of Waukegan, Illinois; and they were employed by Hilliard, Danyel, and Paul.

8.      Plaintiff Jhony Uriel Velasquez Pujoy is a resident of Waukegan, Illinois; and they were employed by Hilliard, Danyel, and Paul.

9.      Plaintiff Miguel Angel Zelaya Padilla is a resident of Waukegan, Illinois; and they were employed by Hilliard, Danyel, and Paul.

10.     Hilliard is a business that is organized and headquartered in Louisina, and conducts business in and around Waukegan, Illinois.

11.     Danyel is the Manager of Hilliard and boss of its employees, and on information and belief, Danyel is a resident of Leesville, Lousiana.  Paul is the owner and Boss Of Hilliard, and they are in charge of its employees.  On information and belief, Paul is a resident of Leesville, Louisiana.

12.     Defendants are "an enterprise engaged in commerce or in the production of goods for commerce" under 29 USC § 203(s)(1)(A)(i) and (ii) because they have annual gross volume of sales made or business done of at least $500,000; and because they are engaged in interstate commerce or in the production of goods for interstate commerce.  Additionally, they have more than three employees.

## Jurisdiction And Venue

13.     The Court possesses subject matter jurisdiction over the FLSA claim(s) pursuant to 29 U.S.C. § 216(b) and 28 U.S.C. § 1331 (federal question), and 28 U.S.C. §1337; and supplemental jurisdiction over any related state law claim(s) pursuant to 28 U.S.C. § 1367.

14.     Venue is proper in the NORTHERN District of Illinois because all underlying facts and transactions occurred in or about Waukegan or Lake County, Illinois.

## Facts Common To All Claims

15.     Hilliard is an "employer" as that term is defined in Section 203 of the FLSA, because it is a privately owned for-profit entity.

16.     Paul and Danyel are "employers" as that term is defined in Section 203 of the FLSA, because: (1) they were Plaintiffs' head "boss" at Hilliard; (2) they had the power to hire and fire the employees, including Plaintiffs; (3) they supervised and controlled Plaintiffs' work schedules and conditions of employment; (4) they determined the rate and method of payment for employees; and (5) they maintained employment records.

## COUNT I: VIOLATION OF THE FLSA
### (On Behalf of Plaintiff Yener Emanuel Perez Itzep)

17.     Plaintiff reincorporates by reference Paragraphs 1 through 16, as if set forth in full herein for Paragraph 17.

18.     Plaintiff began working at Hilliard in or before October 2020, and his last date of work was in or around November 22, 2021.

19.     At all times, Plaintiff held the same position at Hilliard, they were a construction worker. Plaintiff was an "employee" of Defendants as that term is used in Section 203 of the FLSA because he was employed by Defendants to perform various construction duties as the direction of Defendants, and they do not fall into any of the exceptions or exemptions for workers under the FLSA.

20.     Although schedules are subject to change, Plaintiff's general schedule with Defendants required Plaintiff to work on average 63 hours per week.

21.     Plaintiff was paid their wages on a(n) hourly basis.

22.     Plaintiff's wages were not based on the number of jobs performed or completed, nor was it based on the quality or efficiency of their performance.

23.     Plaintiff's rate of pay was $19 per hour; however, Defendants failed to pay Plaintiff anything for his last seven weeks of work performed for Defendants.

24.     Throughout the course of Plaintiff's employment with Defendants Defendants regularly scheduled and directed Plaintiff to work in excess of forty (40) hours per week.

25.     Defendants did not pay Plaintiff not less than one and a half (1.5) times the regular rate at which he was employed during the hours worked in excess of forty (40) hours per week.

26.     On information and belief, Defendants have failed to keep proper time records tracking Plaintiffs' time worked; and Defendants' failure and refusal to pay Plaintiff overtime wages for hours worked in excess of forty (40) hours per week was a willful violation of the FLSA.

27.     Plaintiff is entitled to recover unpaid overtime wages and liquidated damages for up to three (3) years prior to the filing of this lawsuit.  On information and belief, this amount includes: (i) $21270.50 in unpaid overtime wages; (ii) liquidated damages of $21270.50; and (iii) Plaintiff's attorney's fees and costs, to be determined.  A calculation of Plaintiff's damages are attached as Exhibit A.

WHEREFORE, Plaintiff Yener Emanuel Perez Itzep respectfully requests that the Court enter a judgment in their favor and against Defendants Hilliard, Danyel, and Paul jointly and severally, for:

A.     The amount of unpaid overtime wages for all time worked by Plaintiff in excess of forty (40) hours in individual work weeks, totaling at least $21270.50;

B.     An award liquidated damages in an amount equal to at least $21270.50;

C.     A declaration that Defendants violated the FLSA;

D.     An award reasonable attorneys' fees and costs; and

E.     Any such additional or alternative relief as this Court deems just and proper.

## COUNT II: VIOLATION OF IMWL
### (On Behalf of Plaintiff Yener Emanuel Perez Itzep)

28.     Plaintiff incorporates by reference Paragraphs 1-27, as if set forth in full herein for this Paragraph 28.

29.     This count arises from Defendants' violation of the IMWL, by: failing to pay Plaintiff Illinois mandated overtime wages for all hours worked in excess of 40 hours in each individual work week in violation of 820 ILCS 105/4a(1).

30.     Defendants' failure to pay Plaintiff the Illinois-mandated overtime wage rate for all hours worked in excess of forty (40) hours in an individual work week is a violation of the IMWL.

31.     Pursuant to 820 ILCS 105/12(a), Plaintiff is entitled to recover unpaid overtime wages for three (3) years prior to the filing of this suit, treble the amount of such underpayments, 5% for each month the underpayments remain unpaid, plus attorney's fees and costs.

32.     The amount of unpaid overtime wages owed to Plaintiff is $                     .

**WHEREFORE**, Plaintiff Yener Emanuel Perez Itzep respectfully requests that the Court enter a judgment in their favor and against Defendants Hilliard, Danyel, and Paul jointly and severally, for:

A.  The amount of wages worked by Plaintiff for which he was not paid overtime wages, totaling at least $21270.50;

B.  Award Statutory damages for Plaintiff, including treble damages and 5% monthly interest, pursuant to the formula set forth in 820 ILCS § 105/12(a) and/or 815 ILCS § 205/2;

C.  Declare that Defendants have violated the IMWL;

D.  Award reasonable attorneys' fees and costs as provided by the IMWL; and/or

E.  Grant such additional or alternative relief as this Honorable Court deems just and proper.

## COUNT III: VIOLATION OF THE FLSA
### (On Behalf of Plaintiff Carlos Humberto Santos Estrada)

33.     Plaintiff reincorporates by reference Paragraphs 1 through 32, as if set forth in full herein for Paragraph 33.

34.     Plaintiff began working at Hilliard in or before June 2021, and his last day of work was November 25, 2021.

35.     At all times, Plaintiff held the same position at Hilliard, they were a construction worker. Plaintiff was an "employee" of Defendants as that term is used in Section 203 of the FLSA because he was employed by Defendants to perform remodeling work, including concrete work, flooring,

cleaning, and other tasks, and they do not fall into any of the exceptions or exemptions for workers under the FLSA.

36.    Although schedules are subject to change, Plaintiff's general schedule with Defendants required Plaintiff to work on average 73 hours per week.

37.    Plaintiff was paid their wages on a(n) hourly basis.

38.    Plaintiff's wages were not based on the number of jobs performed or completed, nor was it based on the quality or efficiency of their performance.

39.    Plaintiff's rate of pay was $18 per hour; however Plaintiff was not paid anything for his last seven weeks of work for Defendants.

40.    Throughout the course of Plaintiff's employment with Defendants Defendants regularly scheduled and directed Plaintiff to work in excess of forty (40) hours per week.

41.    Defendants did not pay Plaintiff not less than one and a half (1.5) times the regular rate at which he was employed during the hours worked in excess of forty (40) hours per week.

42.    On information and belief, Defendants have failed to keep proper time records tracking Plaintiffs' time worked; and Defendants' failure and refusal to pay Plaintiff overtime wages for hours worked in excess of forty (40) hours per week was a willful violation of the FLSA.

43.    Plaintiff is entitled to recover unpaid overtime wages and liquidated damages for up to three (3) years prior to the filing of this lawsuit.  On information and belief, this amount includes: (i) $16,623.00 in unpaid overtime wages; (ii) liquidated damages of $16,623.00; and (iii) Plaintiff's attorney's fees and costs, to be determined.  A calculation of Plaintiff's damages are attached as Exhibit B.

   WHEREFORE, Plaintiff Carlos Humberto Santos Estrada respectfully requests that the Court enter a judgment in their favor and against Defendants Hilliard, Danyel, and Paul jointly and severally, for:

A.    The amount of unpaid overtime wages for all time worked by Plaintiff in excess of forty (40) hours in individual work weeks, totaling at least $16,623.00

B.    An award liquidated damages in an amount equal to at least $16,623.00;

C.    A declaration that Defendants violated the FLSA;

D.    An award reasonable attorneys' fees and costs; and

E.    Any such additional or alternative relief as this Court deems just and proper.

<u>COUNT IV: VIOLATION OF IMWL</u>
**(On Behalf of Plaintiff** Carlos Humberto Santos Estrada**)**

44.    Plaintiff incorporates by reference Paragraphs 1-43, as if set forth in full herein for this Paragraph 45.

45.    This count arises from Defendants' violation of the IMWL, by: failing to pay Plaintiff Illinois mandated overtime wages for all hours worked in excess of 40 hours in each individual work week in violation of 820 ILCS 105/4a(1).

46.    Defendants' failure to pay Plaintiff the Illinois-mandated overtime wage rate for all hours worked in excess of forty (40) hours in an individual work week is a violation of the IMWL.

47.    Pursuant to 820 ILCS 105/12(a), Plaintiff is entitled to recover unpaid overtime wages for three (3) years prior to the filing of this suit, treble the amount of such underpayments, 5% for each month the underpayments remain unpaid, plus attorney's fees and costs.

48.    The amount of unpaid overtime wages owed to Plaintiff is $16,623.00.

**WHEREFORE**, Plaintiff Carlos Humberto Santos Estrada respectfully requests that the Court enter a judgment in their favor and against Defendants Hilliard, Danyel, and Paul jointly and severally, for:

A.    The amount of wages worked by Plaintiff for which he was not paid overtime wages, totaling at least $16,623.00;

B.   Award Statutory damages for Plaintiff, including treble damages and 5% monthly interest, pursuant to the formula set forth in 820 ILCS § 105/12(a) and/or 815 ILCS § 205/2;

C.   Declare that Defendants have violated the IMWL;

D.   Award reasonable attorneys' fees and costs as provided by the IMWL; and/or

E.   Grant such additional or alternative relief as this Honorable Court deems just and proper.

### COUNT V: VIOLATION OF THE FLSA
**(On Behalf of Plaintiff** Lester Leonel Zelaya Santos**)**

33.    Plaintiff reincorporates by reference Paragraphs 1 through 32, as if set forth in full herein for Paragraph 33.

34.    Plaintiff began working at Hilliard in or before January 2021, and his last day of work was November 25, 2021.

35.    At all times, Plaintiff held the same position at Hilliard, they were a construction worker. Plaintiff was an "employee" of Defendants as that term is used in Section 203 of the FLSA because he was employed by Defendants to perform general remodeling work, painting, and other tasks, and they do not fall into any of the exceptions or exemptions for workers under the FLSA.

36.    Although schedules are subject to change, Plaintiff's general schedule with Defendants required Plaintiff to work on average 55 hours per week.

37.    Plaintiff was paid their wages on a(n) hourly basis.

38.    Plaintiff's wages were not based on the number of jobs performed or completed, nor was it based on the quality or efficiency of their performance.

39.    Plaintiff's rate of pay was $19 per hour; however, Defendants failed to pay Plaintiff anything for his last seven weeks of work.

40.    Throughout the course of Plaintiff's employment with Defendants, Defendants regularly scheduled and directed Plaintiff to work in excess of forty (40) hours per week.

41.     Defendants did not pay Plaintiff not less than one and a half (1.5) times the regular rate at which he was employed during the hours worked in excess of forty (40) hours per week.

42.     On information and belief, Defendants have failed to keep proper time records tracking Plaintiffs' time worked; and Defendants' failure and refusal to pay Plaintiff overtime wages for hours worked in excess of forty (40) hours per week was a willful violation of the FLSA.

43.     Plaintiff is entitled to recover unpaid overtime wages and liquidated damages for up to three (3) years prior to the filing of this lawsuit.  On information and belief, this amount includes: (i) $14,012.50 in unpaid overtime wages; (ii) liquidated damages of $14,012.50; and (iii) Plaintiff's attorney's fees and costs, to be determined.  A calculation of Plaintiff's damages are attached as Exhibit C.

WHEREFORE, Plaintiff Lester Leonel Zelaya Santos respectfully requests that the Court enter a judgment in their favor and against Defendants Hilliard, Danyel, and Paul jointly and severally, for:

A.     The amount of unpaid overtime wages for all time worked by Plaintiff in excess of forty (40) hours in individual work weeks, totaling at least $14,012.50;

B.     An award liquidated damages in an amount equal to at least $14,012.50;

C.     A declaration that Defendants violated the FLSA;

D.     An award reasonable attorneys' fees and costs; and

E.     Any such additional or alternative relief as this Court deems just and proper.

### COUNT VI: VIOLATION OF IMWL
**(On Behalf of Plaintiff** Lester Leonel Zelaya Santos**)**

44.     Plaintiff incorporates by reference Paragraphs 1-43, as if set forth in full herein for this Paragraph 45.

45. This count arises from Defendants' violation of the IMWL, by: failing to pay Plaintiff Illinois mandated overtime wages for all hours worked in excess of 40 hours in each individual work week in violation of 820 ILCS 105/4a(1).

46. Defendants' failure to pay Plaintiff the Illinois-mandated overtime wage rate for all hours worked in excess of forty (40) hours in an individual work week is a violation of the IMWL.

47. Pursuant to 820 ILCS 105/12(a), Plaintiff is entitled to recover unpaid overtime wages for three (3) years prior to the filing of this suit, treble the amount of such underpayments, 5% for each month the underpayments remain unpaid, plus attorney's fees and costs.

48. The amount of unpaid overtime wages owed to Plaintiff is $14,012.50.

**WHEREFORE**, Plaintiff Lester Leonel Zelaya Santos respectfully requests that the Court enter a judgment in their favor and against Defendants Hilliard, Danyel, and Paul jointly and severally, for:

A. The amount of wages worked by Plaintiff for which he was not paid overtime wages, totaling at least $14,012.50;

B. Award Statutory damages for Plaintiff, including treble damages and 5% monthly interest, pursuant to the formula set forth in 820 ILCS § 105/12(a) and/or 815 ILCS § 205/2;

C. Declare that Defendants have violated the IMWL;

D. Award reasonable attorneys' fees and costs as provided by the IMWL; and/or

E. Grant such additional or alternative relief as this Honorable Court deems just and proper.

### COUNT VII: VIOLATION OF THE FLSA
**(On Behalf of Plaintiff** Jaime Onel Lopez Suazo**)**

49. Plaintiff reincorporates by reference Paragraphs 1 through 48, as if set forth in full herein for Paragraph 49.

50.     Plaintiff began working at Hilliard in or before February 2020, and his last day of work was November 25, 2021.

51.     At all times, Plaintiff held the same position at Hilliard, they were a construction worker. Plaintiff was an "employee" of Defendants as that term is used in Section 203 of the FLSA because he was employed by Defendants to perform demolition, painting, and other tasks, and they do not fall into any of the exceptions or exemptions for workers under the FLSA.

52.     Although schedules are subject to change, Plaintiff's general schedule with Defendants required Plaintiff to work on average 66.5 hours per week.

53.     Plaintiff was paid their wages on a(n) hourly basis.

54.     Plaintiff's wages were not based on the number of jobs performed or completed, nor was it based on the quality or efficiency of their performance.

55.     Plaintiff's rate of pay was $20 per hour; however, Defendants failed to pay Plaintiff anything for his last eight weeks of work for Defendants.

56.     Throughout the course of Plaintiff's employment with Defendants, Defendants regularly scheduled and directed Plaintiff to work in excess of forty (40) hours per week.

57.     Defendants did not pay Plaintiff not less than one and a half (1.5) times the regular rate at which he was employed during the hours worked in excess of forty (40) hours per week.

58.     On information and belief, Defendants have failed to keep proper time records tracking Plaintiffs' time worked; and Defendants' failure and refusal to pay Plaintiff overtime wages for hours worked in excess of forty (40) hours per week was a willful violation of the FLSA.

59.     Plaintiff is entitled to recover unpaid overtime wages and liquidated damages for up to three (3) years prior to the filing of this lawsuit.  On information and belief, this amount includes: (i) $35,815.00 in unpaid overtime wages; (ii) liquidated damages of $35,815.00; and (iii) Plaintiff's

attorney's fees and costs, to be determined. A calculation of Plaintiff's damages are attached as Exhibit D.

WHEREFORE, Plaintiff Jaime Onel Lopez Suazo respectfully requests that the Court enter a judgment in their favor and against Defendants Hilliard, Danyel, and Paul jointly and severally, for:

A.      The amount of unpaid overtime wages for all time worked by Plaintiff in excess of forty (40) hours in individual work weeks, totaling at least $35,815.00;

B.      An award liquidated damages in an amount equal to at least $35,815.00;

C.      A declaration that Defendants violated the FLSA;

D.      An award reasonable attorneys' fees and costs; and

E.      Any such additional or alternative relief as this Court deems just and proper.

## COUNT VIII: VIOLATION OF IMWL
**(On Behalf of Plaintiff** Jaime Onel Lopez Suazo**)**

60.     Plaintiff incorporates by reference Paragraphs 1-43, as if set forth in full herein for this Paragraph 45.

61.     This count arises from Defendants' violation of the IMWL, by: failing to pay Plaintiff Illinois mandated overtime wages for all hours worked in excess of 40 hours in each individual work week in violation of 820 ILCS 105/4a(1).

62.     Defendants' failure to pay Plaintiff the Illinois-mandated overtime wage rate for all hours worked in excess of forty (40) hours in an individual work week is a violation of the IMWL.

63.     Pursuant to 820 ILCS 105/12(a), Plaintiff is entitled to recover unpaid overtime wages for three (3) years prior to the filing of this suit, treble the amount of such underpayments, 5% for each month the underpayments remain unpaid, plus attorney's fees and costs.

64.     The amount of unpaid overtime wages owed to Plaintiff is $35,815.00.

**WHEREFORE**, Plaintiff Jaime Onel Lopez Suazo respectfully requests that the Court enter a judgment in their favor and against Defendants Hilliard, Danyel, and Paul jointly and severally, for:

A.  The amount of wages worked by Plaintiff for which he was not paid overtime wages, totaling at least $35,815.00;

B.  Award Statutory damages for Plaintiff, including treble damages and 5% monthly interest, pursuant to the formula set forth in 820 ILCS § 105/12(a) and/or 815 ILCS § 205/2;

C.  Declare that Defendants have violated the IMWL;

D.  Award reasonable attorneys' fees and costs as provided by the IMWL; and/or

E.  Grant such additional or alternative relief as this Honorable Court deems just and proper.

## COUNT IX: VIOLATION OF THE FLSA
### (On Behalf of Plaintiff Jose Miguel Selaya Santos)

65.  Plaintiff reincorporates by reference Paragraphs 1 through 64, as if set forth in full herein for Paragraph 65.

66.  Plaintiff began working at Hilliard in or before February 2020, and his last day of work was November 25, 2021.

67.  At all times, Plaintiff held the same position at Hilliard, they were a construction worker. Plaintiff was an "employee" of Defendants as that term is used in Section 203 of the FLSA because he was employed by Defendants to perform general remodeling and other tasks directed by Defendants, and they do not fall into any of the exceptions or exemptions for workers under the FLSA.

68.  Although schedules are subject to change, Plaintiff's general schedule with Defendants required Plaintiff to work on average 57.5 hours per week.

69.     Plaintiff was paid their wages on a(n) hourly basis.

70.     Plaintiff's wages were not based on the number of jobs performed or completed, nor was it based on the quality or efficiency of their performance.

71.     Plaintiff's rate of pay was $28 per hour, however, Defendants failed to pay him anything for his last seven weeks of work performed for Defendants.

72.     Throughout the course of Plaintiff's employment with Defendants, Defendants regularly scheduled and directed Plaintiff to work in excess of forty (40) hours per week.

73.     Defendants did not pay Plaintiff not less than one and a half (1.5) times the regular rate at which he was employed during the hours worked in excess of forty (40) hours per week.

74.     On information and belief, Defendants have failed to keep proper time records tracking Plaintiffs' time worked; and Defendants' failure and refusal to pay Plaintiff overtime wages for hours worked in excess of forty (40) hours per week was a willful violation of the FLSA.

75.     Plaintiff is entitled to recover unpaid overtime wages and liquidated damages for up to three (3) years prior to the filing of this lawsuit.  On information and belief, this amount includes: (i) $36,155.00 in unpaid overtime wages; (ii) liquidated damages of $36,155.00; and (iii) Plaintiff's attorney's fees and costs, to be determined.  A calculation of Plaintiff's damages are attached as Exhibit E.

        WHEREFORE, Plaintiff Jose Miguel Selaya Santos respectfully requests that the Court enter a judgment in their favor and against Defendants Hilliard, Danyel, and Paul jointly and severally, for:

A.      The amount of unpaid overtime wages for all time worked by Plaintiff in excess of forty (40) hours in individual work weeks, totaling at least $36,155.00;

B.      An award liquidated damages in an amount equal to at least $36,155.00;

C.      A declaration that Defendants violated the FLSA;

D.      An award reasonable attorneys' fees and costs; and

E.      Any such additional or alternative relief as this Court deems just and proper.

## COUNT X: VIOLATION OF IMWL
**(On Behalf of Plaintiff** Jose Miguel Selaya Santos**)**

76.     Plaintiff incorporates by reference Paragraphs 1-75, as if set forth in full herein for this Paragraph 76.

77.     This count arises from Defendants' violation of the IMWL, by: failing to pay Plaintiff Illinois mandated overtime wages for all hours worked in excess of 40 hours in each individual work week in violation of 820 ILCS 105/4a(1).

78.     Defendants' failure to pay Plaintiff the Illinois-mandated overtime wage rate for all hours worked in excess of forty (40) hours in an individual work week is a violation of the IMWL.

79.     Pursuant to 820 ILCS 105/12(a), Plaintiff is entitled to recover unpaid overtime wages for three (3) years prior to the filing of this suit, treble the amount of such underpayments, 5% for each month the underpayments remain unpaid, plus attorney's fees and costs.

80.     The amount of unpaid overtime wages owed to Plaintiff is $36,155.00.

**WHEREFORE**, Plaintiff Jose Miguel Selaya Santos respectfully requests that the Court enter a judgment in their favor and against Defendants Hilliard, Danyel, and Paul jointly and severally, for:

A.  The amount of wages worked by Plaintiff for which he was not paid overtime wages, totaling at least $36,155.00;

B.  Award Statutory damages for Plaintiff, including treble damages and 5% monthly interest, pursuant to the formula set forth in 820 ILCS § 105/12(a) and/or 815 ILCS § 205/2;

C.  Declare that Defendants have violated the IMWL;

D.  Award reasonable attorneys' fees and costs as provided by the IMWL; and/or

E.  Grant such additional or alternative relief as this Honorable Court deems just and proper.

## COUNT XI: VIOLATION OF THE FLSA
**(On Behalf of Plaintiff** Julio Eduardo Perez Itzep**)**

81.     Plaintiff reincorporates by reference Paragraphs 1 through 80, as if set forth in full herein for Paragraph 81.

82.     Plaintiff began working at Hilliard in or before October 2020, and his last day was November 25, 2021.

83.     At all times, Plaintiff held the same position at Hilliard, they were a construction worker. Plaintiff was an "employee" of Defendants as that term is used in Section 203 of the FLSA because he was employed by Defendants to perform general construction and remodeling tasks, and they do not fall into any of the exceptions or exemptions for workers under the FLSA.

84.     Although schedules are subject to change, Plaintiff's general schedule with Defendants required Plaintiff to work on average 70 hours per week.

85.     Plaintiff was paid their wages on a(n) hourly basis.

86.     Plaintiff's wages were not based on the number of jobs performed or completed, nor was it based on the quality or efficiency of their performance.

87.     Plaintiff's rate of pay was $18 per hour; however, Defendants failed to pay Plaintiff anything for his last seven weeks of work for Defendants.

88.     Throughout the course of Plaintiff's employment with Defendants, Defendants regularly scheduled and directed Plaintiff to work in excess of forty (40) hours per week.

89.     Defendants did not pay Plaintiff not less than one and a half (1.5) times the regular rate at which he was employed during the hours worked in excess of forty (40) hours per week.

90.     On information and belief, Defendants have failed to keep proper time records tracking Plaintiffs' time worked; and Defendants' failure and refusal to pay Plaintiff overtime wages for hours worked in excess of forty (40) hours per week was a willful violation of the FLSA.

91.     Plaintiff is entitled to recover unpaid overtime wages and liquidated damages for up to three (3) years prior to the filing of this lawsuit.  On information and belief, this amount includes: (i) $25,020.00 in unpaid overtime wages; (ii) liquidated damages of $25,020.00; and (iii) Plaintiff's attorney's fees and costs, to be determined.  A calculation of Plaintiff's damages are attached as Exhibit F.

        WHEREFORE, Plaintiff Julio Eduardo Perez Itzep respectfully requests that the Court enter a judgment in their favor and against Defendants Hilliard, Danyel, and Paul jointly and severally, for:

A.      The amount of unpaid overtime wages for all time worked by Plaintiff in excess of forty (40) hours in individual work weeks, totaling at least $25,020.00;

B.      An award liquidated damages in an amount equal to at least $25,020.00;

C.      A declaration that Defendants violated the FLSA;

D.      An award reasonable attorneys' fees and costs; and

E.      Any such additional or alternative relief as this Court deems just and proper.

## COUNT XII: VIOLATION OF IMWL
### (On Behalf of Plaintiff Julio Eduardo Perez Itzep)

92.     Plaintiff incorporates by reference Paragraphs 1-91, as if set forth in full herein for this Paragraph 92.

93.     This count arises from Defendants' violation of the IMWL, by: failing to pay Plaintiff Illinois mandated overtime wages for all hours worked in excess of 40 hours in each individual work week in violation of 820 ILCS 105/4a(1).

94. Defendants' failure to pay Plaintiff the Illinois-mandated overtime wage rate for all hours worked in excess of forty (40) hours in an individual work week is a violation of the IMWL.

95. Pursuant to 820 ILCS 105/12(a), Plaintiff is entitled to recover unpaid overtime wages for three (3) years prior to the filing of this suit, treble the amount of such underpayments, 5% for each month the underpayments remain unpaid, plus attorney's fees and costs.

96. The amount of unpaid overtime wages owed to Plaintiff is $25,020.00.

**WHEREFORE**, Plaintiff Julio Eduardo Perez Itzep respectfully requests that the Court enter a judgment in their favor and against Defendants Hilliard, Danyel, and Paul jointly and severally, for:

A. The amount of wages worked by Plaintiff for which he was not paid overtime wages, totaling at least $25,020.00;

B. Award Statutory damages for Plaintiff, including treble damages and 5% monthly interest, pursuant to the formula set forth in 820 ILCS § 105/12(a) and/or 815 ILCS § 205/2;

C. Declare that Defendants have violated the IMWL;

D. Award reasonable attorneys' fees and costs as provided by the IMWL; and/or

E. Grant such additional or alternative relief as this Honorable Court deems just and proper.

### COUNT XIII: VIOLATION OF THE FLSA
**(On Behalf of Plaintiff** Jhony Uriel Velasquez Pujoy**)**

97. Plaintiff reincorporates by reference Paragraphs 1 through 96, as if set forth in full herein for Paragraph 97.

98. Plaintiff began working at Hilliard in or before October 28, 2020, and his last day of work was November 20, 2021.

99.     At all times, Plaintiff held the same position at Hilliard, they were a construction worker. Plaintiff was an "employee" of Defendants as that term is used in Section 203 of the FLSA because he was employed by Defendants to perform general remodeling tasks and wall erection, and they do not fall into any of the exceptions or exemptions for workers under the FLSA.

100.    Although schedules are subject to change, Plaintiff's general schedule with Defendants required Plaintiff to work on average 66.5 hours per week.

101.    Plaintiff was paid their wages on a(n) hourly basis.

102.    Plaintiff's wages were not based on the number of jobs performed or completed, nor was it based on the quality or efficiency of their performance.

103.    Plaintiff's rate of pay was $18 per hour; however, Defendants failed to pay Plaintiff for his last six weeks and three days of work.

104.    Throughout the course of Plaintiff's employment with Defendants, Defendants regularly scheduled and directed Plaintiff to work in excess of forty (40) hours per week.

105.    Defendants did not pay Plaintiff not less than one and a half (1.5) times the regular rate at which he was employed during the hours worked in excess of forty (40) hours per week.

106.    On information and belief, Defendants have failed to keep proper time records tracking Plaintiffs' time worked; and Defendants' failure and refusal to pay Plaintiff overtime wages for hours worked in excess of forty (40) hours per week was a willful violation of the FLSA.

107.    Plaintiff is entitled to recover unpaid overtime wages and liquidated damages for up to three (3) years prior to the filing of this lawsuit.  On information and belief, this amount includes: (i) $20,898.00 in unpaid overtime wages; (ii) liquidated damages of $20,898.00; and (iii) Plaintiff's attorney's fees and costs, to be determined.  A calculation of Plaintiff's damages are attached as Exhibit G.

WHEREFORE, Plaintiff Jhony Uriel Velasquez Pujoy respectfully requests that the Court enter a judgment in their favor and against Defendants Hilliard, Danyel, and Paul jointly and severally, for:

A.      The amount of unpaid overtime wages for all time worked by Plaintiff in excess of forty (40) hours in individual work weeks, totaling at least $20,898.00;

B.      An award liquidated damages in an amount equal to at least $20,898.00;

C.      A declaration that Defendants violated the FLSA;

D.      An award reasonable attorneys' fees and costs; and

E.      Any such additional or alternative relief as this Court deems just and proper.

## COUNT XIV: VIOLATION OF IMWL
### (On Behalf of Plaintiff Jhony Uriel Velasquez Pujoy)

108.    Plaintiff incorporates by reference Paragraphs 1-107, as if set forth in full herein for this Paragraph 108.

109.    This count arises from Defendants' violation of the IMWL, by: failing to pay Plaintiff Illinois mandated overtime wages for all hours worked in excess of 40 hours in each individual work week in violation of 820 ILCS 105/4a(1).

110.    Defendants' failure to pay Plaintiff the Illinois-mandated overtime wage rate for all hours worked in excess of forty (40) hours in an individual work week is a violation of the IMWL.

111.    Pursuant to 820 ILCS 105/12(a), Plaintiff is entitled to recover unpaid overtime wages for three (3) years prior to the filing of this suit, treble the amount of such underpayments, 5% for each month the underpayments remain unpaid, plus attorney's fees and costs.

112.    The amount of unpaid overtime wages owed to Plaintiff is $20,898.00.

**WHEREFORE**, Plaintiff Jhony Uriel Velasquez Pujoy respectfully requests that the Court enter a judgment in their favor and against Defendants Hilliard, Danyel, and Paul jointly and severally, for:

A.  The amount of wages worked by Plaintiff for which he was not paid overtime wages, totaling at least $20,898.00;

B.  Award Statutory damages for Plaintiff, including treble damages and 5% monthly interest, pursuant to the formula set forth in 820 ILCS § 105/12(a) and/or 815 ILCS § 205/2;

C.  Declare that Defendants have violated the IMWL;

D.  Award reasonable attorneys' fees and costs as provided by the IMWL; and/or

E.  Grant such additional or alternative relief as this Honorable Court deems just and proper.

## COUNT XV: VIOLATION OF THE FLSA
### (On Behalf of Plaintiff Miguel Angel Zelaya Padilla)

113.    Plaintiff reincorporates by reference Paragraphs 1 through 112, as if set forth in full herein for Paragraph 113.

114.    Plaintiff began working at Hilliard in or before June 16, 2020, and his last day of work was November 25, 2021.

115.    At all times, Plaintiff held the same position at Hilliard, they were a construction worker. Plaintiff was an "employee" of Defendants as that term is used in Section 203 of the FLSA because he was employed by Defendants to perform painting, carpentry, concrete and cement work, flooring, and other various tasks, and they do not fall into any of the exceptions or exemptions for workers under the FLSA.

116.    Although schedules are subject to change, Plaintiff's general schedule with Defendants required Plaintiff to work on average 63 hours per week.

117.    Plaintiff was paid their wages on a(n) hourly basis.

118.    Plaintiff's wages were not based on the number of jobs performed or completed, nor was it based on the quality or efficiency of their performance.

119.    Plaintiff's rate of pay was $22 per hour; howver, Defendants failed to pay Plaintiff anything for his last seven weeks of work.

120.    Throughout the course of Plaintiff's employment with Defendants, Defendants regularly scheduled and directed Plaintiff to work in excess of forty (40) hours per week.

121.    Defendants did not pay Plaintiff not less than one and a half (1.5) times the regular rate at which he was employed during the hours worked in excess of forty (40) hours per week.

122.    On information and belief, Defendants have failed to keep proper time records tracking Plaintiffs' time worked; and Defendants' failure and refusal to pay Plaintiff overtime wages for hours worked in excess of forty (40) hours per week was a willful violation of the FLSA.

123.    Plaintiff is entitled to recover unpaid overtime wages and liquidated damages for up to three (3) years prior to the filing of this lawsuit.  On information and belief, this amount includes: (i) $28,677.00 in unpaid overtime wages; (ii) liquidated damages of $28,677.00; and (iii) Plaintiff's attorney's fees and costs, to be determined.  A calculation of Plaintiff's damages are attached as Exhibit H.

WHEREFORE, Plaintiff Miguel Angel Zelaya Padilla respectfully requests that the Court enter a judgment in their favor and against Defendants Hilliard, Danyel, and Paul jointly and severally, for:

A.      The amount of unpaid overtime wages for all time worked by Plaintiff in excess of forty (40) hours in individual work weeks, totaling at least $28,677.00;

B.      An award liquidated damages in an amount equal to at least $28,677.00;

C.      A declaration that Defendants violated the FLSA;

D.      An award reasonable attorneys' fees and costs; and

E.      Any such additional or alternative relief as this Court deems just and proper.

## COUNT XVI: VIOLATION OF IMWL
### (On Behalf of Plaintiff Miguel Angel Zelaya Padilla)

124.    Plaintiff incorporates by reference Paragraphs 1-123, as if set forth in full herein for this Paragraph 124.

125.    This count arises from Defendants' violation of the IMWL, by: failing to pay Plaintiff Illinois mandated overtime wages for all hours worked in excess of 40 hours in each individual work week in violation of 820 ILCS 105/4a(1).

126.    Defendants' failure to pay Plaintiff the Illinois-mandated overtime wage rate for all hours worked in excess of forty (40) hours in an individual work week is a violation of the IMWL.

127.    Pursuant to 820 ILCS 105/12(a), Plaintiff is entitled to recover unpaid overtime wages for three (3) years prior to the filing of this suit, treble the amount of such underpayments, 5% for each month the underpayments remain unpaid, plus attorney's fees and costs.

128.    The amount of unpaid overtime wages owed to Plaintiff is $28,677.00.

        **WHEREFORE**, Plaintiff Miguel Angel Zelaya Padilla respectfully requests that the Court enter a judgment in their favor and against Defendants Hilliard, Danyel, and Paul jointly and severally, for:

        A.  The amount of wages worked by Plaintiff for which he was not paid overtime wages, totaling at least $28,677.00;

        B.  Award Statutory damages for Plaintiff, including treble damages and 5% monthly interest, pursuant to the formula set forth in 820 ILCS § 105/12(a) and/or 815 ILCS § 205/2;

        C.  Declare that Defendants have violated the IMWL;

        D.  Award reasonable attorneys' fees and costs as provided by the IMWL; and/or

E.  Grant such additional or alternative relief as this Honorable Court deems just and proper.

**PLAINTIFFS**


<u>s/Daniel I. Schlade</u>
Attorney For Plaintiffs

Daniel I. Schlade (6273008)
James M. Dore (6296265)
Justicia Laboral LLC
6232 N. Pulaski, #300
Chicago, IL 60646
773-942-9415 x 103
dschlade@justicialaboral.com
jdore@justicialaboral.com

# EXHIBIT A

| Week | Av. Hours/Wk. | Hours Over 40 | Hrly. Wage | Unpaid Wages | Unpaid OT | FLSA Liquidated | IMWL Treble |
|------|---------------|---------------|------------|--------------|-----------|-----------------|-------------|
| 10/11/2020 | 63 | 23 | $19.00 | $0.00 | $218.50 | $218.50 | $655.50 |
| 10/18/2020 | 63 | 23 | $19.00 | $0.00 | $218.50 | $218.50 | $655.50 |
| 10/25/2020 | 63 | 23 | $19.00 | $0.00 | $218.50 | $218.50 | $655.50 |
| 11/1/2020 | 63 | 23 | $19.00 | $0.00 | $218.50 | $218.50 | $655.50 |
| 11/8/2020 | 63 | 23 | $19.00 | $0.00 | $218.50 | $218.50 | $655.50 |
| 11/15/2020 | 63 | 23 | $19.00 | $0.00 | $218.50 | $218.50 | $655.50 |
| 11/22/2020 | 63 | 23 | $19.00 | $0.00 | $218.50 | $218.50 | $655.50 |
| 11/29/2020 | 63 | 23 | $19.00 | $0.00 | $218.50 | $218.50 | $655.50 |
| 12/6/2020 | 63 | 23 | $19.00 | $0.00 | $218.50 | $218.50 | $655.50 |
| 12/13/2020 | 63 | 23 | $19.00 | $0.00 | $218.50 | $218.50 | $655.50 |
| 12/20/2020 | 63 | 23 | $19.00 | $0.00 | $218.50 | $218.50 | $655.50 |
| 12/27/2020 | 63 | 23 | $19.00 | $0.00 | $218.50 | $218.50 | $655.50 |
| 1/3/2021 | 63 | 23 | $19.00 | $0.00 | $218.50 | $218.50 | $655.50 |
| 1/10/2021 | 63 | 23 | $19.00 | $0.00 | $218.50 | $218.50 | $655.50 |
| 1/17/2021 | 63 | 23 | $19.00 | $0.00 | $218.50 | $218.50 | $655.50 |
| 1/24/2021 | 63 | 23 | $19.00 | $0.00 | $218.50 | $218.50 | $655.50 |
| 1/31/2021 | 63 | 23 | $19.00 | $0.00 | $218.50 | $218.50 | $655.50 |
| 2/7/2021 | 63 | 23 | $19.00 | $0.00 | $218.50 | $218.50 | $655.50 |
| 2/14/2021 | 63 | 23 | $19.00 | $0.00 | $218.50 | $218.50 | $655.50 |
| 2/21/2021 | 63 | 23 | $19.00 | $0.00 | $218.50 | $218.50 | $655.50 |
| 2/28/2021 | 63 | 23 | $19.00 | $0.00 | $218.50 | $218.50 | $655.50 |
| 3/7/2021 | 63 | 23 | $19.00 | $0.00 | $218.50 | $218.50 | $655.50 |
| 3/14/2021 | 63 | 23 | $19.00 | $0.00 | $218.50 | $218.50 | $655.50 |
| 3/21/2021 | 63 | 23 | $19.00 | $0.00 | $218.50 | $218.50 | $655.50 |
| 3/28/2021 | 63 | 23 | $19.00 | $0.00 | $218.50 | $218.50 | $655.50 |
| 4/4/2021 | 63 | 23 | $19.00 | $0.00 | $218.50 | $218.50 | $655.50 |
| 4/11/2021 | 63 | 23 | $19.00 | $0.00 | $218.50 | $218.50 | $655.50 |
| 4/18/2021 | 63 | 23 | $19.00 | $0.00 | $218.50 | $218.50 | $655.50 |
| 4/25/2021 | 63 | 23 | $19.00 | $0.00 | $218.50 | $218.50 | $655.50 |
| 5/2/2021 | 63 | 23 | $19.00 | $0.00 | $218.50 | $218.50 | $655.50 |
| 5/9/2021 | 63 | 23 | $19.00 | $0.00 | $218.50 | $218.50 | $655.50 |
| 5/16/2021 | 63 | 23 | $19.00 | $0.00 | $218.50 | $218.50 | $655.50 |
| 5/23/2021 | 63 | 23 | $19.00 | $0.00 | $218.50 | $218.50 | $655.50 |
| 5/30/2021 | 63 | 23 | $19.00 | $0.00 | $218.50 | $218.50 | $655.50 |
| 6/6/2021 | 63 | 23 | $19.00 | $0.00 | $218.50 | $218.50 | $655.50 |
| 6/13/2021 | 63 | 23 | $19.00 | $0.00 | $218.50 | $218.50 | $655.50 |
| 6/20/2021 | 63 | 23 | $19.00 | $0.00 | $218.50 | $218.50 | $655.50 |
| 6/27/2021 | 63 | 23 | $19.00 | $0.00 | $218.50 | $218.50 | $655.50 |
| 7/4/2021 | 63 | 23 | $19.00 | $0.00 | $218.50 | $218.50 | $655.50 |
| 7/11/2021 | 63 | 23 | $19.00 | $0.00 | $218.50 | $218.50 | $655.50 |
| 7/18/2021 | 63 | 23 | $19.00 | $0.00 | $218.50 | $218.50 | $655.50 |
| 7/25/2021 | 63 | 23 | $19.00 | $0.00 | $218.50 | $218.50 | $655.50 |
| 8/1/2021 | 63 | 23 | $19.00 | $0.00 | $218.50 | $218.50 | $655.50 |
| 8/8/2021 | 63 | 23 | $19.00 | $0.00 | $218.50 | $218.50 | $655.50 |
| 8/15/2021 | 63 | 23 | $19.00 | $0.00 | $218.50 | $218.50 | $655.50 |
| 8/22/2021 | 63 | 23 | $19.00 | $0.00 | $218.50 | $218.50 | $655.50 |
| 8/29/2021 | 63 | 23 | $19.00 | $0.00 | $218.50 | $218.50 | $655.50 |
| 9/5/2021 | 63 | 23 | $19.00 | $0.00 | $218.50 | $218.50 | $655.50 |
| 9/12/2021 | 63 | 23 | $19.00 | $0.00 | $218.50 | $218.50 | $655.50 |
| 9/19/2021 | 63 | 23 | $19.00 | $0.00 | $218.50 | $218.50 | $655.50 |
| 9/26/2021 | 63 | 23 | $19.00 | $0.00 | $218.50 | $218.50 | $655.50 |
| 10/3/2021 | 63 | 23 | $19.00 | $0.00 | $218.50 | $218.50 | $655.50 |
| 10/10/2021 | 63 | 23 | $19.00 | $1,197.00 | $218.50 | $1,415.50 | $4,246.50 |
| 10/17/2021 | 63 | 23 | $19.00 | $1,197.00 | $218.50 | $1,415.50 | $4,246.50 |
| 10/24/2021 | 63 | 23 | $19.00 | $1,197.00 | $218.50 | $1,415.50 | $4,246.50 |
| 10/31/2021 | 63 | 23 | $19.00 | $1,197.00 | $218.50 | $1,415.50 | $4,246.50 |
| 11/7/2021 | 63 | 23 | $19.00 | $1,197.00 | $218.50 | $1,415.50 | $4,246.50 |
| 11/14/2021 | 63 | 23 | $19.00 | $1,197.00 | $218.50 | $1,415.50 | $4,246.50 |
| 11/21/2021 | 63 | 23 | $19.00 | $1,197.00 | $218.50 | $1,415.50 | $4,246.50 |
| **TOTALS** | | **437** | | **8,379.00** | **$12,891.50** | **$21,270.50** | **$63,811.50** |

# EXHIBIT B

| Week | Av. Hours/Wk. | Hours Over 40 | Hrly. Wage | Unpaid Wages | Unpaid OT | FLSA Liquidated | IMWL Treble |
|---|---|---|---|---|---|---|---|
| 6/6/2021 | 73 | 33 | $18.00 | $0.00 | $297.00 | $297.00 | $891.00 |
| 6/13/2021 | 73 | 33 | $18.00 | $0.00 | $297.00 | $297.00 | $891.00 |
| 6/20/2021 | 73 | 33 | $18.00 | $0.00 | $297.00 | $297.00 | $891.00 |
| 6/27/2021 | 73 | 33 | $18.00 | $0.00 | $297.00 | $297.00 | $891.00 |
| 7/4/2021 | 73 | 33 | $18.00 | $0.00 | $297.00 | $297.00 | $891.00 |
| 7/11/2021 | 73 | 33 | $18.00 | $0.00 | $297.00 | $297.00 | $891.00 |
| 7/18/2021 | 73 | 33 | $18.00 | $0.00 | $297.00 | $297.00 | $891.00 |
| 7/25/2021 | 73 | 33 | $18.00 | $0.00 | $297.00 | $297.00 | $891.00 |
| 8/1/2021 | 73 | 33 | $18.00 | $0.00 | $297.00 | $297.00 | $891.00 |
| 8/8/2021 | 73 | 33 | $18.00 | $0.00 | $297.00 | $297.00 | $891.00 |
| 8/15/2021 | 73 | 33 | $18.00 | $0.00 | $297.00 | $297.00 | $891.00 |
| 8/22/2021 | 73 | 33 | $18.00 | $0.00 | $297.00 | $297.00 | $891.00 |
| 8/29/2021 | 73 | 33 | $18.00 | $0.00 | $297.00 | $297.00 | $891.00 |
| 9/5/2021 | 73 | 33 | $18.00 | $0.00 | $297.00 | $297.00 | $891.00 |
| 9/12/2021 | 73 | 33 | $18.00 | $0.00 | $297.00 | $297.00 | $891.00 |
| 9/19/2021 | 73 | 33 | $18.00 | $0.00 | $297.00 | $297.00 | $891.00 |
| 9/26/2021 | 73 | 33 | $18.00 | $0.00 | $297.00 | $297.00 | $891.00 |
| 10/3/2021 | 73 | 33 | $18.00 | $0.00 | $297.00 | $297.00 | $891.00 |
| 10/10/2021 | 73 | 33 | $18.00 | $1,314.00 | $297.00 | $1,611.00 | $4,833.00 |
| 10/17/2021 | 73 | 33 | $18.00 | $1,314.00 | $297.00 | $1,611.00 | $4,833.00 |
| 10/24/2021 | 73 | 33 | $18.00 | $1,314.00 | $297.00 | $1,611.00 | $4,833.00 |
| 10/31/2021 | 73 | 33 | $18.00 | $1,314.00 | $297.00 | $1,611.00 | $4,833.00 |
| 11/7/2021 | 73 | 33 | $18.00 | $1,314.00 | $297.00 | $1,611.00 | $4,833.00 |
| 11/14/2021 | 73 | 33 | $18.00 | $1,314.00 | $297.00 | $1,611.00 | $4,833.00 |
| 11/21/2021 | 73 | 33 | $18.00 | $1,314.00 | $297.00 | $1,611.00 | $4,833.00 |
| | TOTALS | #REF! | | 9,198.00 | $7,425.00 | $16,623.00 | $49,869.00 |

# EXHIBIT C

| Week | Av. Hours/Wk. | Hours Over 40 | Hrly. Wage | Unpaid Wages | Unpaid OT | FLSA Liquidated | IMWL Treble |
|---|---|---|---|---|---|---|---|
| 1/3/2021 | 55 | 15 | $19.00 | $0.00 | $142.50 | $142.50 | $427.50 |
| 1/10/2021 | 55 | 15 | $19.00 | $0.00 | $142.50 | $142.50 | $427.50 |
| 1/17/2021 | 55 | 15 | $19.00 | $0.00 | $142.50 | $142.50 | $427.50 |
| 1/24/2021 | 55 | 15 | $19.00 | $0.00 | $142.50 | $142.50 | $427.50 |
| 1/31/2021 | 55 | 15 | $19.00 | $0.00 | $142.50 | $142.50 | $427.50 |
| 2/7/2021 | 55 | 15 | $19.00 | $0.00 | $142.50 | $142.50 | $427.50 |
| 2/14/2021 | 55 | 15 | $19.00 | $0.00 | $142.50 | $142.50 | $427.50 |
| 2/21/2021 | 55 | 15 | $19.00 | $0.00 | $142.50 | $142.50 | $427.50 |
| 2/28/2021 | 55 | 15 | $19.00 | $0.00 | $142.50 | $142.50 | $427.50 |
| 3/7/2021 | 55 | 15 | $19.00 | $0.00 | $142.50 | $142.50 | $427.50 |
| 3/14/2021 | 55 | 15 | $19.00 | $0.00 | $142.50 | $142.50 | $427.50 |
| 3/21/2021 | 55 | 15 | $19.00 | $0.00 | $142.50 | $142.50 | $427.50 |
| 3/28/2021 | 55 | 15 | $19.00 | $0.00 | $142.50 | $142.50 | $427.50 |
| 4/4/2021 | 55 | 15 | $19.00 | $0.00 | $142.50 | $142.50 | $427.50 |
| 4/11/2021 | 55 | 15 | $19.00 | $0.00 | $142.50 | $142.50 | $427.50 |
| 4/18/2021 | 55 | 15 | $19.00 | $0.00 | $142.50 | $142.50 | $427.50 |
| 4/25/2021 | 55 | 15 | $19.00 | $0.00 | $142.50 | $142.50 | $427.50 |
| 5/2/2021 | 55 | 15 | $19.00 | $0.00 | $142.50 | $142.50 | $427.50 |
| 5/9/2021 | 55 | 15 | $19.00 | $0.00 | $142.50 | $142.50 | $427.50 |
| 5/16/2021 | 55 | 15 | $19.00 | $0.00 | $142.50 | $142.50 | $427.50 |
| 5/23/2021 | 55 | 15 | $19.00 | $0.00 | $142.50 | $142.50 | $427.50 |
| 5/30/2021 | 55 | 15 | $19.00 | $0.00 | $142.50 | $142.50 | $427.50 |
| 6/6/2021 | 55 | 15 | $19.00 | $0.00 | $142.50 | $142.50 | $427.50 |
| 6/13/2021 | 55 | 15 | $19.00 | $0.00 | $142.50 | $142.50 | $427.50 |
| 6/20/2021 | 55 | 15 | $19.00 | $0.00 | $142.50 | $142.50 | $427.50 |
| 6/27/2021 | 55 | 15 | $19.00 | $0.00 | $142.50 | $142.50 | $427.50 |
| 7/4/2021 | 55 | 15 | $19.00 | $0.00 | $142.50 | $142.50 | $427.50 |
| 7/11/2021 | 55 | 15 | $19.00 | $0.00 | $142.50 | $142.50 | $427.50 |
| 7/18/2021 | 55 | 15 | $19.00 | $0.00 | $142.50 | $142.50 | $427.50 |
| 7/25/2021 | 55 | 15 | $19.00 | $0.00 | $142.50 | $142.50 | $427.50 |
| 8/1/2021 | 55 | 15 | $19.00 | $0.00 | $142.50 | $142.50 | $427.50 |
| 8/8/2021 | 55 | 15 | $19.00 | $0.00 | $142.50 | $142.50 | $427.50 |
| 8/15/2021 | 55 | 15 | $19.00 | $0.00 | $142.50 | $142.50 | $427.50 |
| 8/22/2021 | 55 | 15 | $19.00 | $0.00 | $142.50 | $142.50 | $427.50 |
| 8/29/2021 | 55 | 15 | $19.00 | $0.00 | $142.50 | $142.50 | $427.50 |
| 9/5/2021 | 55 | 15 | $19.00 | $0.00 | $142.50 | $142.50 | $427.50 |
| 9/12/2021 | 55 | 15 | $19.00 | $0.00 | $142.50 | $142.50 | $427.50 |
| 9/19/2021 | 55 | 15 | $19.00 | $0.00 | $142.50 | $142.50 | $427.50 |
| 9/26/2021 | 55 | 15 | $19.00 | $0.00 | $142.50 | $142.50 | $427.50 |
| 10/3/2021 | 55 | 15 | $19.00 | $0.00 | $142.50 | $142.50 | $427.50 |
| 10/10/2021 | 55 | 15 | $19.00 | $1,045.00 | $142.50 | $1,187.50 | $427.50 |
| 10/17/2021 | 55 | 15 | $19.00 | $1,045.00 | $142.50 | $1,187.50 | $3,562.50 |
| 10/24/2021 | 55 | 15 | $19.00 | $1,045.00 | $142.50 | $1,187.50 | $3,562.50 |
| 10/31/2021 | 55 | 15 | $19.00 | $1,045.00 | $142.50 | $1,187.50 | $3,562.50 |
| 11/7/2021 | 55 | 15 | $19.00 | $1,045.00 | $142.50 | $1,187.50 | $3,562.50 |
| 11/14/2021 | 55 | 15 | $19.00 | $1,045.00 | $142.50 | $1,187.50 | $3,562.50 |
| 11/21/2021 | 55 | 15 | $19.00 | $1,045.00 | $142.50 | $1,187.50 | $3,562.50 |
| **TOTALS** | | **105** | | **#REF!** | **$6,697.50** | **$14,012.50** | **$38,902.50** |

# EXHIBIT D

| Week | Av. Hours/Wk. | Hours Over 40 | Hrly. Wage | Unpaid Wages | Unpaid OT | FLSA Liquidated | IMWL Treble |
|---|---|---|---|---|---|---|---|
| 2/2/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 2/9/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 2/16/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 2/23/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 3/1/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 3/8/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 3/15/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 3/22/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 3/29/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 4/5/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 4/12/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 4/19/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 4/26/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 5/3/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 5/10/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 5/17/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 5/24/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 5/31/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 6/7/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 6/14/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 6/21/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 6/28/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 7/5/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 7/12/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 7/19/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 7/26/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 8/2/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 8/9/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 8/16/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 8/23/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 8/30/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 9/6/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 9/13/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 9/20/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 9/27/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 10/4/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 10/11/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 10/18/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 10/25/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 11/1/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 11/8/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 11/15/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 11/22/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 11/29/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 12/6/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 12/13/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 12/20/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 12/27/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 1/3/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 1/10/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 1/17/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 1/24/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 1/31/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 2/7/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 2/14/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 2/21/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 2/28/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 3/7/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 3/14/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 3/21/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 3/28/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 4/4/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 4/11/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 4/18/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 4/25/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 5/2/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 5/9/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 5/16/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 5/23/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 5/30/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 6/6/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 6/13/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 6/20/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 6/27/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 7/4/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 7/11/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 7/18/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 7/25/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 8/1/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 8/8/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 8/15/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 8/22/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 8/29/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 9/5/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 9/12/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 9/19/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 9/26/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 10/3/2021 | 66.5 | 26.5 | $20.00 | $1,330.00 | $265.00 | $1,595.00 | $4,785.00 |
| 10/10/2021 | 66.5 | 26.5 | $20.00 | $1,330.00 | $265.00 | $1,595.00 | $4,785.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/17/2021 | 66.5 | 26.5 | $20.00 | $1,330.00 | $265.00 | $1,595.00 | $4,785.00 |
| 10/24/2021 | 66.5 | 26.5 | $20.00 | $1,330.00 | $265.00 | $1,595.00 | $4,785.00 |
| 10/31/2021 | 66.5 | 26.5 | $20.00 | $1,330.00 | $265.00 | $1,595.00 | $4,785.00 |
| 11/7/2021 | 66.5 | 26.5 | $20.00 | $1,330.00 | $265.00 | $1,595.00 | $4,785.00 |
| 11/14/2021 | 66.5 | 26.5 | $20.00 | $1,330.00 | $265.00 | $1,595.00 | $4,785.00 |
| 11/21/2021 | 66.5 | 26.5 | $20.00 | $1,330.00 | $265.00 | $1,595.00 | $4,785.00 |
| | **TOTALS** | **2517.5** | | **$10,640.00** | **$25,175.00** | **$35,815.00** | **$107,445.00** |

# EXHIBIT E

| Week | Av. Hours/Wk. | Hours Over 40 | Hrly. Wage | Unpaid Wages | Unpaid OT | FLSA Liquidated | IMWL Treble |
|------|---------------|---------------|------------|--------------|-----------|-----------------|-------------|
| 2/2/2020 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 2/9/2020 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 2/16/2020 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 2/23/2020 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 3/1/2020 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 3/8/2020 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 3/15/2020 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 3/22/2020 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 3/29/2020 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 4/5/2020 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 4/12/2020 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 4/19/2020 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 4/26/2020 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 5/3/2020 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 5/10/2020 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 5/17/2020 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 5/24/2020 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 5/31/2020 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 6/7/2020 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 6/14/2020 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 6/21/2020 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 6/28/2020 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 7/5/2020 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 7/12/2020 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 7/19/2020 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 7/26/2020 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 8/2/2020 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 8/9/2020 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 8/16/2020 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 8/23/2020 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 8/30/2020 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 9/6/2020 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 9/13/2020 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 9/20/2020 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 9/27/2020 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 10/4/2020 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 10/11/2020 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 10/18/2020 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 10/25/2020 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 11/1/2020 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 11/8/2020 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 11/15/2020 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 11/22/2020 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 11/29/2020 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 12/6/2020 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 12/13/2020 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 12/20/2020 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 12/27/2020 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 1/3/2021 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 1/10/2021 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 1/17/2021 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 1/24/2021 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 1/31/2021 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 2/7/2021 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 2/14/2021 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 2/21/2021 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 2/28/2021 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 3/7/2021 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 3/14/2021 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 3/21/2021 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 3/28/2021 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 4/4/2021 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 4/11/2021 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 4/18/2021 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 4/25/2021 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 5/2/2021 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 5/9/2021 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 5/16/2021 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 5/23/2021 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 5/30/2021 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 6/6/2021 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 6/13/2021 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 6/20/2021 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 6/27/2021 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 7/4/2021 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 7/11/2021 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 7/18/2021 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 7/25/2021 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 8/1/2021 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 8/8/2021 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 8/15/2021 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 8/22/2021 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 8/29/2021 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 9/5/2021 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 9/12/2021 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 9/19/2021 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 9/26/2021 | 57.5 | 17.5 | $28.00 | $0.00 | $245.00 | $245.00 | $735.00 |
| 10/3/2021 | 57.5 | 17.5 | $28.00 | $1,610.00 | $245.00 | $1,855.00 | $5,565.00 |
| 10/10/2021 | 57.5 | 17.5 | $28.00 | $1,610.00 | $245.00 | $1,855.00 | $5,565.00 |

| 10/17/2021 | 57.5 | 17.5 | $28.00 | $1,610.00 | $245.00 | $1,855.00 | $5,565.00 |
| 10/24/2021 | 57.5 | 17.5 | $28.00 | $1,610.00 | $245.00 | $1,855.00 | $5,565.00 |
| 10/31/2021 | 57.5 | 17.5 | $28.00 | $1,610.00 | $245.00 | $1,855.00 | $5,565.00 |
| 11/7/2021 | 57.5 | 17.5 | $28.00 | $1,610.00 | $245.00 | $1,855.00 | $5,565.00 |
| 11/14/2021 | 57.5 | 17.5 | $28.00 | $1,610.00 | $245.00 | $1,855.00 | $5,565.00 |
| 11/21/2021 | 57.5 | 17.5 | $28.00 | $1,610.00 | $245.00 | $1,855.00 | $5,565.00 |
| | **TOTALS** | **1662.5** | | **$12,880.00** | **$23,275.00** | **$36,155.00** | **$108,465.00** |

# EXHIBIT F

| Week | Av. Hours/Wk. | Hours Over 40 | Hrly. Wage | Unpaid Wages | Unpaid OT | FLSA Liquidated | IMWL Treble |
|---|---|---|---|---|---|---|---|
| 10/4/2020 | 70 | 30 | $18.00 | $0.00 | $270.00 | $270.00 | $810.00 |
| 10/11/2020 | 70 | 30 | $18.00 | $0.00 | $270.00 | $270.00 | $810.00 |
| 10/18/2020 | 70 | 30 | $18.00 | $0.00 | $270.00 | $270.00 | $810.00 |
| 10/25/2020 | 70 | 30 | $18.00 | $0.00 | $270.00 | $270.00 | $810.00 |
| 11/1/2020 | 70 | 30 | $18.00 | $0.00 | $270.00 | $270.00 | $810.00 |
| 11/8/2020 | 70 | 30 | $18.00 | $0.00 | $270.00 | $270.00 | $810.00 |
| 11/15/2020 | 70 | 30 | $18.00 | $0.00 | $270.00 | $270.00 | $810.00 |
| 11/22/2020 | 70 | 30 | $18.00 | $0.00 | $270.00 | $270.00 | $810.00 |
| 11/29/2020 | 70 | 30 | $18.00 | $0.00 | $270.00 | $270.00 | $810.00 |
| 12/6/2020 | 70 | 30 | $18.00 | $0.00 | $270.00 | $270.00 | $810.00 |
| 12/13/2020 | 70 | 30 | $18.00 | $0.00 | $270.00 | $270.00 | $810.00 |
| 12/20/2020 | 70 | 30 | $18.00 | $0.00 | $270.00 | $270.00 | $810.00 |
| 12/27/2020 | 70 | 30 | $18.00 | $0.00 | $270.00 | $270.00 | $810.00 |
| 1/3/2021 | 70 | 30 | $18.00 | $0.00 | $270.00 | $270.00 | $810.00 |
| 1/10/2021 | 70 | 30 | $18.00 | $0.00 | $270.00 | $270.00 | $810.00 |
| 1/17/2021 | 70 | 30 | $18.00 | $0.00 | $270.00 | $270.00 | $810.00 |
| 1/24/2021 | 70 | 30 | $18.00 | $0.00 | $270.00 | $270.00 | $810.00 |
| 1/31/2021 | 70 | 30 | $18.00 | $0.00 | $270.00 | $270.00 | $810.00 |
| 2/7/2021 | 70 | 30 | $18.00 | $0.00 | $270.00 | $270.00 | $810.00 |
| 2/14/2021 | 70 | 30 | $18.00 | $0.00 | $270.00 | $270.00 | $810.00 |
| 2/21/2021 | 70 | 30 | $18.00 | $0.00 | $270.00 | $270.00 | $810.00 |
| 2/28/2021 | 70 | 30 | $18.00 | $0.00 | $270.00 | $270.00 | $810.00 |
| 3/7/2021 | 70 | 30 | $18.00 | $0.00 | $270.00 | $270.00 | $810.00 |
| 3/14/2021 | 70 | 30 | $18.00 | $0.00 | $270.00 | $270.00 | $810.00 |
| 3/21/2021 | 70 | 30 | $18.00 | $0.00 | $270.00 | $270.00 | $810.00 |
| 3/28/2021 | 70 | 30 | $18.00 | $0.00 | $270.00 | $270.00 | $810.00 |
| 4/4/2021 | 70 | 30 | $18.00 | $0.00 | $270.00 | $270.00 | $810.00 |
| 4/11/2021 | 70 | 30 | $18.00 | $0.00 | $270.00 | $270.00 | $810.00 |
| 4/18/2021 | 70 | 30 | $18.00 | $0.00 | $270.00 | $270.00 | $810.00 |
| 4/25/2021 | 70 | 30 | $18.00 | $0.00 | $270.00 | $270.00 | $810.00 |
| 5/2/2021 | 70 | 30 | $18.00 | $0.00 | $270.00 | $270.00 | $810.00 |
| 5/9/2021 | 70 | 30 | $18.00 | $0.00 | $270.00 | $270.00 | $810.00 |
| 5/16/2021 | 70 | 30 | $18.00 | $0.00 | $270.00 | $270.00 | $810.00 |
| 5/23/2021 | 70 | 30 | $18.00 | $0.00 | $270.00 | $270.00 | $810.00 |
| 5/30/2021 | 70 | 30 | $18.00 | $0.00 | $270.00 | $270.00 | $810.00 |
| 6/6/2021 | 70 | 30 | $18.00 | $0.00 | $270.00 | $270.00 | $810.00 |
| 6/13/2021 | 70 | 30 | $18.00 | $0.00 | $270.00 | $270.00 | $810.00 |
| 6/20/2021 | 70 | 30 | $18.00 | $0.00 | $270.00 | $270.00 | $810.00 |
| 6/27/2021 | 70 | 30 | $18.00 | $0.00 | $270.00 | $270.00 | $810.00 |
| 7/4/2021 | 70 | 30 | $18.00 | $0.00 | $270.00 | $270.00 | $810.00 |
| 7/11/2021 | 70 | 30 | $18.00 | $0.00 | $270.00 | $270.00 | $810.00 |
| 7/18/2021 | 70 | 30 | $18.00 | $0.00 | $270.00 | $270.00 | $810.00 |
| 7/25/2021 | 70 | 30 | $18.00 | $0.00 | $270.00 | $270.00 | $810.00 |
| 8/1/2021 | 70 | 30 | $18.00 | $0.00 | $270.00 | $270.00 | $810.00 |
| 8/8/2021 | 70 | 30 | $18.00 | $0.00 | $270.00 | $270.00 | $810.00 |
| 8/15/2021 | 70 | 30 | $18.00 | $0.00 | $270.00 | $270.00 | $810.00 |
| 8/22/2021 | 70 | 30 | $18.00 | $0.00 | $270.00 | $270.00 | $810.00 |
| 8/29/2021 | 70 | 30 | $18.00 | $0.00 | $270.00 | $270.00 | $810.00 |
| 9/5/2021 | 70 | 30 | $18.00 | $0.00 | $270.00 | $270.00 | $810.00 |
| 9/12/2021 | 70 | 30 | $18.00 | $0.00 | $270.00 | $270.00 | $810.00 |
| 9/19/2021 | 70 | 30 | $18.00 | $0.00 | $270.00 | $270.00 | $810.00 |
| 9/26/2021 | 70 | 30 | $18.00 | $0.00 | $270.00 | $270.00 | $810.00 |
| 10/3/2021 | 70 | 30 | $18.00 | $0.00 | $270.00 | $270.00 | $810.00 |
| 10/10/2021 | 70 | 30 | $18.00 | $1,260.00 | $270.00 | $1,530.00 | $4,590.00 |
| 10/17/2021 | 70 | 30 | $18.00 | $1,260.00 | $270.00 | $1,530.00 | $4,590.00 |
| 10/24/2021 | 70 | 30 | $18.00 | $1,260.00 | $270.00 | $1,530.00 | $4,590.00 |
| 10/31/2021 | 70 | 30 | $18.00 | $1,260.00 | $270.00 | $1,530.00 | $4,590.00 |
| 11/7/2021 | 70 | 30 | $18.00 | $1,260.00 | $270.00 | $1,530.00 | $4,590.00 |
| 11/14/2021 | 70 | 30 | $18.00 | $1,260.00 | $270.00 | $1,530.00 | $4,590.00 |
| 11/21/2021 | 70 | 30 | $18.00 | $1,260.00 | $270.00 | $1,530.00 | $4,590.00 |
| **TOTALS** | **1800** | | | **$8,820.00** | **$16,200.00** | **$25,020.00** | **$75,060.00** |

# EXHIBIT G

| Week | Av. Hours/Wk. | Hours Over 40 | Hrly. Wage | Unpaid Wages | Unpaid OT | FLSA Liquidated | IMWL Treble |
|---|---|---|---|---|---|---|---|
| 11/1/2020 | 66.5 | 26.5 | $18.00 | $0.00 | $238.50 | $238.50 | $715.50 |
| 11/8/2020 | 66.5 | 26.5 | $18.00 | $0.00 | $238.50 | $238.50 | $715.50 |
| 11/15/2020 | 66.5 | 26.5 | $18.00 | $0.00 | $238.50 | $238.50 | $715.50 |
| 11/22/2020 | 66.5 | 26.5 | $18.00 | $0.00 | $238.50 | $238.50 | $715.50 |
| 11/29/2020 | 66.5 | 26.5 | $18.00 | $0.00 | $238.50 | $238.50 | $715.50 |
| 12/6/2020 | 66.5 | 26.5 | $18.00 | $0.00 | $238.50 | $238.50 | $715.50 |
| 12/13/2020 | 66.5 | 26.5 | $18.00 | $0.00 | $238.50 | $238.50 | $715.50 |
| 12/20/2020 | 66.5 | 26.5 | $18.00 | $0.00 | $238.50 | $238.50 | $715.50 |
| 12/27/2020 | 66.5 | 26.5 | $18.00 | $0.00 | $238.50 | $238.50 | $715.50 |
| 1/3/2021 | 66.5 | 26.5 | $18.00 | $0.00 | $238.50 | $238.50 | $715.50 |
| 1/10/2021 | 66.5 | 26.5 | $18.00 | $0.00 | $238.50 | $238.50 | $715.50 |
| 1/17/2021 | 66.5 | 26.5 | $18.00 | $0.00 | $238.50 | $238.50 | $715.50 |
| 1/24/2021 | 66.5 | 26.5 | $18.00 | $0.00 | $238.50 | $238.50 | $715.50 |
| 1/31/2021 | 66.5 | 26.5 | $18.00 | $0.00 | $238.50 | $238.50 | $715.50 |
| 2/7/2021 | 66.5 | 26.5 | $18.00 | $0.00 | $238.50 | $238.50 | $715.50 |
| 2/14/2021 | 66.5 | 26.5 | $18.00 | $0.00 | $238.50 | $238.50 | $715.50 |
| 2/21/2021 | 66.5 | 26.5 | $18.00 | $0.00 | $238.50 | $238.50 | $715.50 |
| 2/28/2021 | 66.5 | 26.5 | $18.00 | $0.00 | $238.50 | $238.50 | $715.50 |
| 3/7/2021 | 66.5 | 26.5 | $18.00 | $0.00 | $238.50 | $238.50 | $715.50 |
| 3/14/2021 | 66.5 | 26.5 | $18.00 | $0.00 | $238.50 | $238.50 | $715.50 |
| 3/21/2021 | 66.5 | 26.5 | $18.00 | $0.00 | $238.50 | $238.50 | $715.50 |
| 3/28/2021 | 66.5 | 26.5 | $18.00 | $0.00 | $238.50 | $238.50 | $715.50 |
| 4/4/2021 | 66.5 | 26.5 | $18.00 | $0.00 | $238.50 | $238.50 | $715.50 |
| 4/11/2021 | 66.5 | 26.5 | $18.00 | $0.00 | $238.50 | $238.50 | $715.50 |
| 4/18/2021 | 66.5 | 26.5 | $18.00 | $0.00 | $238.50 | $238.50 | $715.50 |
| 4/25/2021 | 66.5 | 26.5 | $18.00 | $0.00 | $238.50 | $238.50 | $715.50 |
| 5/2/2021 | 66.5 | 26.5 | $18.00 | $0.00 | $238.50 | $238.50 | $715.50 |
| 5/9/2021 | 66.5 | 26.5 | $18.00 | $0.00 | $238.50 | $238.50 | $715.50 |
| 5/16/2021 | 66.5 | 26.5 | $18.00 | $0.00 | $238.50 | $238.50 | $715.50 |
| 5/23/2021 | 66.5 | 26.5 | $18.00 | $0.00 | $238.50 | $238.50 | $715.50 |
| 5/30/2021 | 66.5 | 26.5 | $18.00 | $0.00 | $238.50 | $238.50 | $715.50 |
| 6/6/2021 | 66.5 | 26.5 | $18.00 | $0.00 | $238.50 | $238.50 | $715.50 |
| 6/13/2021 | 66.5 | 26.5 | $18.00 | $0.00 | $238.50 | $238.50 | $715.50 |
| 6/20/2021 | 66.5 | 26.5 | $18.00 | $0.00 | $238.50 | $238.50 | $715.50 |
| 6/27/2021 | 66.5 | 26.5 | $18.00 | $0.00 | $238.50 | $238.50 | $715.50 |
| 7/4/2021 | 66.5 | 26.5 | $18.00 | $0.00 | $238.50 | $238.50 | $715.50 |
| 7/11/2021 | 66.5 | 26.5 | $18.00 | $0.00 | $238.50 | $238.50 | $715.50 |
| 7/18/2021 | 66.5 | 26.5 | $18.00 | $0.00 | $238.50 | $238.50 | $715.50 |
| 7/25/2021 | 66.5 | 26.5 | $18.00 | $0.00 | $238.50 | $238.50 | $715.50 |
| 8/1/2021 | 66.5 | 26.5 | $18.00 | $0.00 | $238.50 | $238.50 | $715.50 |
| 8/8/2021 | 66.5 | 26.5 | $18.00 | $0.00 | $238.50 | $238.50 | $715.50 |
| 8/15/2021 | 66.5 | 26.5 | $18.00 | $0.00 | $238.50 | $238.50 | $715.50 |
| 8/22/2021 | 66.5 | 26.5 | $18.00 | $0.00 | $238.50 | $238.50 | $715.50 |
| 8/29/2021 | 66.5 | 26.5 | $18.00 | $0.00 | $238.50 | $238.50 | $715.50 |
| 9/5/2021 | 66.5 | 26.5 | $18.00 | $0.00 | $238.50 | $238.50 | $715.50 |
| 9/12/2021 | 66.5 | 26.5 | $18.00 | $0.00 | $238.50 | $238.50 | $715.50 |
| 9/19/2021 | 66.5 | 26.5 | $18.00 | $0.00 | $238.50 | $238.50 | $715.50 |
| 9/26/2021 | 66.5 | 26.5 | $18.00 | $0.00 | $238.50 | $238.50 | $715.50 |
| 10/3/2021 | 66.5 | 26.5 | $18.00 | $1,197.00 | $238.50 | $1,435.50 | $4,306.50 |
| 10/10/2021 | 66.5 | 26.5 | $18.00 | $1,197.00 | $238.50 | $1,435.50 | $4,306.50 |
| 10/17/2021 | 66.5 | 26.5 | $18.00 | $1,197.00 | $238.50 | $1,435.50 | $4,306.50 |
| 10/24/2021 | 66.5 | 26.5 | $18.00 | $1,197.00 | $238.50 | $1,435.50 | $4,306.50 |
| 10/31/2021 | 66.5 | 26.5 | $18.00 | $1,197.00 | $238.50 | $1,435.50 | $4,306.50 |
| 11/7/2021 | 66.5 | 26.5 | $18.00 | $1,197.00 | $238.50 | $1,435.50 | $4,306.50 |
| 11/14/2021 | 66.5 | 26.5 | $18.00 | $598.50 | $238.50 | $837.00 | $2,511.00 |
| **TOTALS** | **1457.5** | | | **$7,780.50** | **$13,117.50** | **$20,898.00** | **$62,694.00** |

# EXHIBIT H

| Week | Av. Hours/Wk. | Hours Over 40 | Hrly. Wage | Unpaid Wages | Unpaid OT | FLSA Liquidated | IMWL Treble |
|---|---|---|---|---|---|---|---|
| 2/2/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 2/9/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 2/16/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 2/23/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 3/1/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 3/8/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 3/15/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 3/22/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 3/29/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 4/5/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 4/12/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 4/19/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 4/26/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 5/3/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 5/10/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 5/17/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 5/24/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 5/31/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 6/7/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 6/14/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 6/21/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 6/28/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 7/5/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 7/12/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 7/19/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 7/26/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 8/2/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 8/9/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 8/16/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 8/23/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 8/30/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 9/6/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 9/13/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 9/20/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 9/27/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 10/4/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 10/11/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 10/18/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 10/25/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 11/1/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 11/8/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 11/15/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 11/22/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 11/29/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 12/6/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 12/13/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 12/20/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 12/27/2020 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 1/3/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 1/10/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 1/17/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 1/24/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 1/31/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 2/7/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 2/14/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 2/21/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 2/28/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 3/7/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 3/14/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 3/21/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 3/28/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 4/4/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 4/11/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 4/18/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 4/25/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 5/2/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 5/9/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 5/16/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 5/23/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 5/30/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 6/6/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 6/13/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 6/20/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 6/27/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 7/4/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 7/11/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 7/18/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 7/25/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 8/1/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 8/8/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 8/15/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 8/22/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 8/29/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 9/5/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 9/12/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 9/19/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 9/26/2021 | 66.5 | 26.5 | $20.00 | $0.00 | $265.00 | $265.00 | $795.00 |
| 10/3/2021 | 66.5 | 26.5 | $20.00 | $1,330.00 | $265.00 | $1,595.00 | $4,785.00 |
| 10/10/2021 | 66.5 | 26.5 | $20.00 | $1,330.00 | $265.00 | $1,595.00 | $4,785.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/17/2021 | 66.5 | 26.5 | $20.00 | $1,330.00 | $265.00 | $1,595.00 | $4,785.00 |
| 10/24/2021 | 66.5 | 26.5 | $20.00 | $1,330.00 | $265.00 | $1,595.00 | $4,785.00 |
| 10/31/2021 | 66.5 | 26.5 | $20.00 | $1,330.00 | $265.00 | $1,595.00 | $4,785.00 |
| 11/7/2021 | 66.5 | 26.5 | $20.00 | $1,330.00 | $265.00 | $1,595.00 | $4,785.00 |
| 11/14/2021 | 66.5 | 26.5 | $20.00 | $1,330.00 | $265.00 | $1,595.00 | $4,785.00 |
| 11/21/2021 | 66.5 | 26.5 | $20.00 | $1,330.00 | $265.00 | $1,595.00 | $4,785.00 |
| | **TOTALS** | **2517.5** | | **$10,640.00** | **$25,175.00** | **$35,815.00** | **$107,445.00** |