# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Itzep, et al.

Plaintiffs,

v.

Hilliard Construction Services, LLC, et al.,

Defendants,

Case No. 22 C 144
Judge Joan H. Lefkow

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiffs
and against defendants
in the amount of

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiffs shall recover costs from defendants.

☐ in favor of defendant
and against plaintiff

.

Defendant shall recover costs from plaintiff.

☒ other: Case is dismissed for failure to prosecute.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☒ decided by Judge Joan H. Lefkow on 9/14/2022.

Date: 9/14/2022                              Thomas G. Bruton, Clerk of Court

                                             Amanda Scherer, Deputy Clerk